ACCEPTED
01-15-00968-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 6:02 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 7775000
By: Phyllis Washington
Filed: 11/10/2015 6:01:24 PM

CAUSE NO. 2014-69512-7

| | |
|---|---|
| CLEARMAN PREBEG, LLP, | IN THE DISTRICT COURT OF THE |
| PLAINTIFF, | 1st COURT OF APPEALS |
| | HOUSTON, TEXAS |
| V. | 11/30/2015 11:54:00 AM |
| | 152ND JUDICIAL DISTRICT COURT |
| CLEARMAN, SCOTT M, | CHRISTOPHER A. PRINE |
| | Clerk |
| DEFENDANT. | HARRIS COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 11:54:00 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Scott M. Clearman and The Clearman Law Firm, PLLC notify the Court of their intention to appeal Judge Robert Schaffer's "Order Granting Temporary Injunction" signed on 6 November 2015 but filed with the District Clerk on 9 November 2015.

This appeal will go to either the First or Fourteenth Court of Appeals. The appeal is an accelerated appeal, but it is not a parental termination or child protection case.

Respectfully submitted,

By:     /s/ Scott M. Clearman
      SCOTT M. CLEARMAN

Scott M. Clearman
Texas State Bar No. 04350090
Email: scott@clearmanlaw.com

The Clearman Law Firm PLLC
2929 Westheimer Rd., Suite 301
The Belle Meade at River Oaks
Houston, Texas 77098
Telephone:    (713) 304-9669
Facsimile:    (877) 519-2800

Unofficial Copy Office of Chris Daniel District Clerk

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically on 10 November 2015, and

I have served it on all counsel who have consented to electronic service.

By:___/s/ Scott M. Clearman___
SCOTT M. CLEARMAN